UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JOSEPH LEWIS PRICE,

    Plaintiff,

v.

Case No. 22-cv-11872
Hon. Matthew F. Leitman

DEPARTMENT OF CORRECTIONS;
ST. LOUIS CENTRAL MICHIGAN
CORRECTIONAL FACILITY;
BELLAMY CREEK CORRECTIONAL
FACILITY,

    Defendants.

_____/

### ORDER DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF No. 2) WITHOUT PREJUDICE

Plaintiff Robert Joseph Lewis Price is an incarcerated person who has been in the custody of the Michigan Department of Corrections since February 2020. (*See* Compl., ECF No. 1, PageID.2.)  On October 12, 2022, Price filed this *pro se* action under 42 U.S.C. § 1983. (*See id.*)  Price alleges, among other things, that Defendants have violated his rights under the Fourth and Fourteenth Amendments by harassing him, denying him urgent medical care, discriminating against him on the basis of race, and interfering with his Constitutional right to access the courts. (*See* Mot., ECF No. 2, PageID.100.)

1

On August 12, 2022, Price filed a motion for appointment of counsel. (*See id.*) In that motion, he urges the Court to appoint legal counsel to represent him in this matter because, among other things, he is an indigent plaintiff with no legal education and is unequipped to handle this "complex" case, which "contains several different legal claims." (*Id.*, PageID.99-100.) At this time, the Court is not yet persuaded that it would be appropriate to appoint counsel to litigate the various claims that Mr. Price has presented. Thus, Mr. Price's motion for appointment of counsel is **DENIED WITHOUT PREJUDICE**. He may renew his motion at a later time.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 7, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2