UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JOSEPH LEWIS PRICE,

    Plaintiff,

v.

Case No. 22-cv-11872
Hon. Matthew F. Leitman

DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.
_____/

### ORDER TERMINATING PLAINTIFF'S MOTION TO AMEND (ECF No. 14)

On January 4, 2023, the Court issued an order in which it granted Plaintiff Robert Price until March 6, 2023, to file a proposed Amended Complaint with the Court. (*See* Order, ECF No. 13.) Before Price received a copy of that order, he mailed to the Court a motion to amend his Complaint. (*See* Mot., ECF No. 14.) Price has now asked the Court to terminate that motion so that he may have until March 6, 2023, to file his Amended Complaint. (*See* ECF No. 15.) Based on Price's request, the Court **TERMINATES** his motion to amend (ECF No. 14). Price shall file an Amended Complaint with the Court by no later than **March 6, 2023**.

    IT IS SO ORDERED.

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: January 23, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
