UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JOSEPH LEWIS PRICE,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Civil No. 22-cv-11872
Hon. Matthew F. Leitman

_____/

### ORDER OVERRULNG OBJECTION (ECF No. 65) AND CLARIFYING FOR PLAINTIFF THE STATUS OF THIS ACTION

On July 29, 2024, Magistrate Judge Curtis Ivy issued a Report and Recommendation (the "Original R & R") in which he recommended that the Court dismiss this action on the ground that Plaintiff failed to comply with an order requiring him to update his address. Later that same day, Magistrate Judge Ivy entered an order rescinding the Original R & R (the "Rescission Order"). (*See* Rescission Order, ECF No. 60.) Then, on August 8, 2024, Magistrate Judge Ivy issued a second Report and Recommendation in which he recommended that the Court grant the pending motion to dismiss on the merits (the "Merits R & R"). (*See* Merits R & R, ECF No. 61.)

1

Plaintiff has now filed an objection to the Rescission Order. (*See* Objection, ECF No. 65.) Plaintiff seems to misunderstand the Rescission Order. Contrary to his impression, that order *benefitted* him by rescinding the recommendation that the Court dismiss the action based on his failure to update his address. Plaintiff simply has no basis on which to object to such an order that inured to his benefit.

At this point, Plaintiff has an opportunity to object to the Merits R & R. The Court extends his deadline to file such objections until **September 16, 2024**. **The Court will not grant any further extensions of the deadline to object to the Merits R & R**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 27, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 27, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126