UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JOSEPH LEWIS PRICE,

        Plaintiff,                        Civil No. 22-cv-11872
                                           Hon. Matthew F. Leitman

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

        Defendants.

_____/

## ORDER GRANTING PLAINTIFF LEAVE TO FILE SUPPLEMENTAL OBJECTIONS TO REPORT AND RECOMMENDATION

Plaintiff Robert Joseph Lewis Price is a former state inmate who at all relevant times was in the custody of the Michigan Department of Corrections. In this action, Price brings several claims against multiple Defendants all related to alleged violations of his rights that took place during his time in custody. (*See* Am. Compl., ECF No. 27.)

On April 14, 2025, the assigned Magistrate Judge issued a 78-page report and recommendation in which he recommended that the Court dismiss Price's Amended Complaint for failure to state a claim against any of the named Defendants (the "R&R"). (*See* R&R, ECF No. 99.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wished to object to his recommendation, they needed to file objections within 14 days. (*See id.*, PageID.1013-1014.)

1

On April 23, 2025, Price filed a motion seeking additional time to file objections to the R&R. (*See* Mot., ECF No. 100.)  Given the length and complexity of the R&R, an extension of time would have been appropriate, and the Court would have granted that extension.  But before the Court had an opportunity to rule on Price's motion, Price filed what he called his "Response to the Decree of the Report and Recommendation Screening Plaintiff's Amended Complaint Pursuing Appeal." (Resp., ECF No. 101.)  The Court construed Price's filing as objections to the R&R, and it therefore terminated his motion for additional time to file objections as moot. (*See* Order, ECF No. 104.)

Upon closer review of Price's response to the R&R, the Court concludes that Price has not a full and sufficient opportunity to object to the R&R.  In his response, Price says that he only had "2 days to file [the] response" based on when he received the R&R through the prison mail system. (Resp., ECF No. 101, PageID.1019-1020.) Thus, the response that Price filed was preliminary and may not have included all of the objections that Price wished to make to the R&R.  Accordingly, the Court will grant Price leave to file supplemental objections to the R&R.  Those objections shall by typed, if possible, or, if not typed, written in plain, legible handwriting on every other line of paper.  In addition, the objections shall focus specifically on the reasoning in the R&R.  In the R&R, the Magistrate Judge explained, on a claim-by-claim, and Defendant-by-Defendant basis, why he concluded that Price's Amended

Complaint failed to state viable claims.  In his supplemental objections, Price shall likewise, on a claim-by-claim, and Defendant-by-Defendant basis, explain why he believes that the Magistrate Judge was wrong to recommend dismissing a particular claim against a particular Defendant.  Each objection shall be individually numbered and shall be limited to a single claim against a single Defendant.  This is Price's final opportunity to set forth, with particularity, the specific errors that he believes the Magistrate Judge made in the R&R.

Price's supplemental objections shall be mailed to the Court by no later than **August 22, 2025**.  The Court is granting Price substantial additional time – 45 days – above and beyond the usual 14 days to file objections to the R&R because the Court wants to give Price a full opportunity to object to the R&R.  If Price does not file supplemental objections to the R&R in the manner described above that address the Magistrate Judge's reasoning and individual recommendations, the Court will likely adopt the recommended disposition of the R&R and dismiss Price's Amended Complaint for the reasons explained in the R&R.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 8, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126