UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JOSEPH LEWIS PRICE,

      Plaintiff,                        Civil No. 22-cv-11872
                                            Hon. Matthew F. Leitman

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

      Defendants.
_____/

## **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

Plaintiff Robert Joseph Lewis Price is a former state inmate who at all relevant times was in the custody of the Michigan Department of Corrections (the "MDOC"). In this action, Price brings claims against several Defendants arising out of acts of alleged misconduct that occurred during his time in custody. (*See generally*, Am. Compl., ECF No. 27.)

Shortly after Price filed his initial Complaint, the Court notified him that it was his responsibility under Local Rule 11.2 to provide the Court updated and current contact information. (*See* Notice, ECF No. 5.)  That notice twice warned Price that any "failure to promptly notify the court of a change in address or other contact information may result in the dismissal of [his] case." (*Id.*, PageID.105.)  In compliance with that order, Price has repeatedly provided the Court notice when his address has changed. (*See, e.g.*, ECF Nos. 9, 20, 33, 57, 96, 98.)  Most recently, on

November 13, 2025, Price filed a change of address with the Court in which he told the Court that his current address is "90 Meadow Dr. Dallas, PA 18612." (Notice, ECF No. 114.)

On June 8, 2026, the Court issued an order granting Defendants' motion to sever and denying a motion for reconsideration that Price had filed. (*See* Order, ECF No. 117.) The Court then mailed a copy of that order to the 90 Meadow Drive address that Price had provided the Court. (*See* ECF No. 118.) On June 18, 2026, that order returned to the Court as undeliverable. (*See id.*) The returned envelope had a handwritten notation on the front of it which said: "Not here. Stop sending." (*Id.*) Price has not contacted the Court to update his mailing address, nor has he provided the Court any other contact information. Thus, it appears that Price has failed to comply with his obligation under Local Rule 11.2 to provide the Court current and updated contact information. Price's failure to do so is not a mere technical violation of the rules. Without a current address or accurate contact information, the Court has no way of administering this civil action. Accordingly, because Price has failed to comply with Local Rule 11.2 by providing the Court his current address, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: June 24, 2026             UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3